JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YANG YANG,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; *et al.*,<br><br>Defendants. | No. 2:25-cv-03261-DMG-SSC<br><br>**ORDER GRANTING STIPULATION RE: RE-ACTIVATION OF SEVIS RECORDS AND DISMISSAL [17]** |

Pursuant to the parties' Stipulation re: Re-Activation of SEVIS Records and Dismissal, and for good cause shown, IT IS HEREBY ORDERED that this action is dismissed with prejudice. Each party shall bear its own fees and costs.

Dated:    May 16, 2025

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE